**FILED**
CLERK, U.S. DISTRICT COURT

11/5/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA -  WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  2:19-cv-04270-FMO-KS |
| Plaintiff, | |
| v. | JUDGMENT |
| IMRAN I. SYED; HOLLY SYED, a/k/a HOLLY CROW; RUMEE SYED; FIRSTKEY MORTGAGE, LLC; FIRST SELECT INC.; FRANCHISE TAX BOARD OF THE STATE OF CALIFORNIA, and; SANTA MONICA RENT CONTROL BOARD, | |
| Defendants. | |

Plaintiff United States of America's Application for Default Judgment Against Defendant Santa Monica Rent Control Board came before the Court on October 31, 2019, the Honorable Fernando M. Olguin, United States District Judge, presiding.

After carefully reviewing all matters properly part of the record, and good cause appearing,

///

///

1

1    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

2         Defendant Santa Monica Rent Control Board has no rights, claims, or interests in

3    the real property located at 3275 Military Avenue, Los Angeles, CA 90034 (the "Real

4    Property"), and that any sale of the Real Property shall be free and clear of any interest

5    Defendant Santa Monica Rent Control Board may have had.

7    Dated: November 5, 2019                    _____/s/_____

8                                               Fernando M. Olguin
                                                United States District Judge